# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA SANCHEZ, | CASE NO.: 2:19 CV 04014−JVS−SK |
| Plaintiff, | Hon. James V. Selna<br>United States District Judge |
| v. | **ORDER RE STIPULATION TO DISMISS FEDERAL CLAIMS AND REMAND ACTION TO STATE COURT** |
| COUNTY OF LOS ANGELES, DEANNA BALLESTEROS, DEANNA BALLESTEROS, DETECTIVE STEPHEN VALENZUELA, and DEPUTY PROBATION OFFICER, JULIE LONGORIA | Pretrial Conference: 5/11/2020<br>Trial: 5/26/19 |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

After full consideration of the parties' Joint Stipulation to Dismiss Federal Claims and Remand Action to State Court, the Court hereby makes the following Order:

IT IS HEREBY ORDERED:

The Federal claims in this action, namely, claim (4), Unreasonable Search and Seizure-Detention and Arrest (42 U.S.C. § 1983); and claim (5), Municipal Liability

for Unconstitutional Custom, Practice, or Policy (42 U.S.C. § 1983) shall be dismissed with prejudice.

The remaining action and the remaining state claims shall be remanded to the Los Angeles Superior Court, where the action was originally filed under Los Angele Superior Court Case Number: 8STCV08900. The protective order (Docket Entry No. 20) issued by the Honorable Steve Kim, on September 13, 2019, shall remain in full effect.

So ordered:

DATED: April 06, 2020

_____
Hon. James V. Selna
United States District Judge

2
[PROPOSED ORDER] RE STIPULATION TO DISMISS FEDERAL CLAIMS AND
REMAND ACTION TO STATE COURT